FILED

JUN 21 2016

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA §
§
v. § No. 4:16CR 83
§ Judge Mazzant
ALLAN MICHAEL SCOTT §

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation:  18 U.S.C. § 922(a)(6)
(False Statement)

On or about the 9th day of March, 2016, in Sherman, Texas, in the Eastern District of Texas, the defendant, **Allan Michael Scott**, in connection with the attempted acquisition of a firearm from American Armament Company LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to American Armament Company LLC, which statement was intended and likely to deceive American Armament Company LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that that he was not under indictment in any court for a felony for which he could have been imprisoned for more than one year, when in fact as the

Page 1 of 2

defendant then knew, he was under indictment for a felony for which he could have been

imprisoned for more than one year;

     In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
WILLIAM R. TATUM
Assistant United States Attorney

_____6/21/16_____
Date

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA       §
                               §
v.                             §        No. 4:16CR
                               §
ALLAN MICHAEL SCOTT            §

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. § 922§ (a)(6)

Penalty:        Imprisonment of not more than ten years, a fine not to exceed
                $250,000, or both; a term of supervised release of not more
                than three years.

Special Assessment: $ 100.00